1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    A.E.,                                    Case No.: 1:25-cv-00107-KES-SKO (HC)

12                      Petitioner,             ORDER GRANTING PETITIONER'S
                                                REQUEST TO PROCEED UNDER INITIALS
13           v.
                                                [Doc. 7]
14    TONYA ANDREWS, Facility
      Administrator, et al.,
15
                      Respondents.
16

17
             Petitioner is an immigration detainee proceeding with counsel with a petition for writ of
18
      habeas corpus pursuant to 28 U.S.C. § 2241.  Pending before the Court is Petitioner's February 5,
19
      2025, motion to proceed under initials. (Doc. 7.)
20
             The Ninth Circuit has held that "a party may preserve his or her anonymity in judicial
21
      proceedings in special circumstances when the party's need for anonymity outweighs prejudice to
22
      the opposing party and the public's interest in knowing the party's identity."  <u>Does I thru XXIII v.</u>
23
      <u>Advanced Textile Corp.</u>, 214 F.3d 1058, 1068 (9th Cir. 2000). In determining the need for
24
      anonymity, the Court must evaluate the following factors: 1) the severity of the threatened harm;
25
      (2) the reasonableness of the anonymous party's fears; (3) the anonymous party's vulnerability to
26
      such retaliation; (4) the precise prejudice at each stage of the proceedings to the opposing party
27
      and whether proceedings may be structured so as to mitigate that prejudice; and (5) whether the
28

                                                    1

1   public's interest in the case would be best served by requiring that the litigant reveals his or her

2   identity. Id. at 1068-69.

3       Petitioner is a Russian national who has applied for protection under the Convention

4   Against Torture. He fears political persecution and retaliation from the Russian government and

5   its agents on account of his political views and opposition to Russia's invasion of Ukraine should

6   his identity be revealed. He further fears retaliation against his family members and friends who

7   are currently living in Russia. The current lawsuit would reveal Petitioner's identity, age, current

8   location and future county of residence within the United States.  Petitioner's fears are credible

9   and satisfy the first three factors.  Further, the Court does not find Respondent will be prejudiced

10  should Petitioner proceed using initials. As Petitioner notes, Respondent has been informed of

11  Petitioner's identity. The Court finds Petitioner's need for anonymity outweighs the public's

12  interest in knowing his identity.

13      For the foregoing reasons, Petitioner's motion to proceed under initials is GRANTED.

14
15  IT IS SO ORDERED.

16  Dated:   **March 19, 2025**                    /s/ *Sheila K. Oberto*
17                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28