ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>TONYA ANDREWS, et.al.,<br><br>　　　　　　　　　Respondent. | CASE NO. 1:25-CV-00107-KES-SKO<br><br>STIPULATION OF THE PARTIES AS TO BRIEFING SCHEDULE RE: ATTORNEYS FEES |

**STIPULATION**

On November 6, 2025, Petitioner renewed his motion for attorneys' fees. ECF 19.  Pursuant to Local Rule 230, the Respondent's opposition is due on November 20, 2025.

Since late October 2025, the undersigned Assistant US Attorney is presently heavily engaged in preparing for trial in *United States v. Shana Gaviola*, et.al. (EDCA Case No. 1:22-CR-00233) which is scheduled to commence on December 3, 2025 in Fresno, California. Undersigned counsel expects to be out of the office between December 22, 2025 and January 2, 2026 and is scheduled for military duty out of state January 8-11, 2026.

The parties have conferred and agree that the Respondent's opposition shall be due no later than January 16, 2026 and that Petitioner's reply, if any, shall be due not later than January 30, 2026.

Dated: November 19, 2025

ERIC GRANT
United States Attorney

By: /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: November 20, 2025

JENNER AND BLOCK, LLP
Counsel for Petitioners

By: /s/ CHLOE LAW
CHLOE LAW
Attorney at Law
Counsel for Petitioner A.E.

## ORDER

Based upon the stipulation and representations of the parties, the briefing schedule for Petitioner's motion for attorney's fees is extended as follows:

a)    The Respondent's response to the Petitioner's motion, (ECF 19), is due on or before January 16, 2026; and

b)    The Petitioner's reply to the Respondent's response, if any, is due on or before January 30, 2026.

IT IS SO ORDERED.

Dated:  **November 21, 2025**            /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER                    2