ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.E,<br><br>                          Petitioner,<br><br>                    v.<br><br>ANDREWS, et.al.,<br><br>                          Respondent. | CASE NO.  1:25-CV-00107-KES-SKO<br><br>STIPULATION OF THE PARTIES AS TO BRIEFING SCHEDULE RE: ATTORNEYS FEES; [~~PROPOSED~~] ORDER |

**STIPULATION**

On November 6, 2025, Petitioner renewed his motion for attorneys' fees. ECF 19.  By prior stipulation and order, Respondents' opposition is due on January 16, 2026 . ECF 22.

Since the conclusion of trial in *United States v. Shana Gaviola*, et.al. (EDCA Case No. 1:22-CR-00233) in December 2025 and returning from annual leave over the holidays, the undersigned AUSA has been heavily engaged in responding to § 2241 petitions and short set motion for a temporary restraining order and preliminary injunction in an immigration case as well as being out of state for military duty.  The undersigned AUSA expects to be out of the office for additional military duty January 28 – February 1, 2026.  Additionally, counsel for petitioner is scheduled for trial beginning in early March 2026.

/ / /

/ / /

STIPULATION OF THE PARTIES                                        1

The parties have conferred and agree that the Respondent's opposition shall be due no later than February 16, 2026 and that Petitioner's reply, if any, shall be due not later than March 30, 2026.

Dated:  January 16, 2026

ERIC GRANT
United States Attorney

By:  /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated:  January 16, 2026

JENNER AND BLOCK, LLP
Counsel for Petitioner

By:  /s/ CHLOE LAW
CHLOE LAW
Attorney at Law
Counsel for Petitioner A.E.

## ORDER

Based upon the stipulation and representations of the parties, the briefing schedule for Petitioner's motion for attorney's fees is extended as follows:

a)  The Respondent's response to the Petitioner's motion (ECF 19) is due on or before February 16, 2026; and

b)  The Petitioner's reply to the Respondent's response, if any, is due on or before March 30, 2026.

IT IS SO ORDERED.

Dated:  **January 16, 2026**

_/s/ Sheila K. Oberto_
UNITED STATES MAGISTRATE JUDGE

STIPULATION OF THE PARTIES

2